UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AECON BUILDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH NORTH AMERICA, et al., <br><br> Defendants. | Case No. C07-832MJP <br><br> ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANTS HARTFORD INSURANCE GROUP AND HARTFORD CASUALTY INSURANCE COMPANY |

This matter comes before the Court on Plaintiff Aecon's motion to compel discovery responses from Defendants Hartford Insurance Group and Hartford Casualty Insurance Company (collectively "Hartford"). (Dkt. No. 53.) Having considered the motion, response (Dkt. No. 57), reply (Dkt. No. 63), all documents submitted in support and the balance of the record, the Court GRANTS IN PART Plaintiff's motion to compel and ORDERS as follows:

1) Because the Court did not need to rely on any of the evidence subject to Plaintiff's motion to strike, the motion to strike paragraphs 3, 6, and 8 of the Roland Declaration is moot.

2) Within ten (10) calendar days of the date of this order, Hartford must respond to the following discovery requests, as amended by the Court:

   a) <u>Request for Production No. 2</u>: Produce a true, correct, and complete copy of the entire Chinook (a) underwriting and (b) claims files for the Policies including, but not limited to, all electronic communications and data contained therein or pertaining thereto and all paper or document files.

   b) <u>Request for Production No. 4</u>: Produce a true, correct, and complete copy of any

ORDER — 1

1        and all manuals, guidelines, and policies relating to Hartford's policies, procedures, and/or practices for evaluating and paying claims under liability insurance policies against "additional insureds," in effect during the calendar years of 1998 through 2001.

    c)  <u>Request for Production No. 5</u>: Produce a true, correct, and complete copy of any and all manuals, guidelines, and policies relating to Hartford's policies, procedures, or practices for communicating insurance claims decisions to insureds, additional insureds, beneficiaries and/or claimants in effect in the calendar years 1998 through 2001.

    d)  <u>Request for Production No. 6</u>: Produce a true, correct, and complete copy of any and all training materials provided to Hartford claims representatives or adjusters working on this claim in the calendar years 1998 through 2007 inclusive.

    e)  <u>Request for Production No. 8</u>: Produce a true, correct, and complete copy of each and every statement that Hartford has obtained in connection with any of the events described in Plaintiff's Complaint and Amended Complaint except those statements made in attorney-client consultation.

    f)  <u>Request for Production No. 9</u>: Produce a complete and accurate copy of any and all of Hartford's organizational charts for the Hartford Underwriting and Claims departments for the years 1998 through 2007 inclusive. If Defendants wish to answer that there are no such charts, they must confirm that there are no such responsive materials.

//
//
//
//
//

ORDER — 2

1  3)  Plaintiff's request for fees and costs is GRANTED.  Within ten (10) calendar days of this
2      order, Plaintiff shall provide a declaration outlining the fees and costs incurred in bringing
3      this motion.

4  The clerk is directed to send copies of this order to all counsel of record.

5  Dated: April 25, 2008.

　　　　　　　　　　　　　　　　　　　　　　／s／ Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER — 3