UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AECON BUILDINGS, INC., | Case No. C07-832MJP |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE ZURICH DEFENDANTS' MOTION FOR A PROTECTIVE ORDER RE: RULE 30(b)(6) DEPOSITIONS |
| v. | |
| ZURICH NORTH AMERICA, et al., | |
| Defendants. | |

This matter comes before the Court on the Zurich Defendants' motion for a protective order preventing Aecon from taking deposition testimony on Topics 12 and 13 identified in its Notice of Rule 30(b)(6) Deposition of the Zurich Defendants. (Dkt. No. 76.)  Plaintiff opposes the motion (Dkt. No. 90.)  Having considered the motion and response, Defendants' reply (Dkt. No. 95), all documents submitted in support thereof and the balance of the record, the Court ORDERS as follows:

The parties failed to meet and confer before Defendants filed their motion.  The Court strictly enforces this requirement in discovery disputes.  The parties are directed to meet and confer regarding their dispute.  If the parties cannot come to a resolution on their own, Defendants may renew their motion with the Court but must do so using the unified format outlined at Local Civil Rule 37(a)(2)(B).  Their motion will then note on the Court's motions calendar on the same day it is filed.

Dated: June 3, 2008.

Marsha J. Pechman
United States District Judge

ORDER — 1