UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AECON BUILDINGS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZURICH NORTH AMERICA, et al.,<br><br>　　　　　　Defendants. | Case No. C07-832MJP<br><br>ORDER DENYING WITHOUT PREJUDICE HARTFORD'S MOTION FOR SUMMARY JUDGMENT DISMISSAL OF PLAINTIFF'S CLAIMS FOR DAMAGES |

This matter comes before the Court on Defendant Hartford Casualty Insurance Company's ("Hartford's") motion for summary judgment dismissal of Plaintiff Aecon's claims arising from Hartford's denial of Aecon's tender of construction defect property damages allegedly caused by Hartford's named insured, Chinook Builders, Inc. ("Chinook"). (Dkt. No. 132.) Plaintiff opposes the motion. (Dkt. No. 167.) Having considered the motion and response, Defendant's reply (Dkt. No. 174), and the balance of the record, the Court DENIES Hartford's motion WITHOUT PREJUDICE to Hartford raising these issues in a motion in limine and/or motion for judgment as a matter of law.

Hartford asserts that Aecon will not be able to prove its damages at trial because Aecon failed to timely or otherwise designate a primary expert witness who will offer opinions on the nature of construction defects or construction repair costs including allocations of construction defects allegedly caused by Hartford's named insured, Chinook. Aecon intends to present the testimony of James Paustian on these issues. Hartford has not yet moved to exclude that testimony. The Court cannot decide Hartford's motion <u>before</u> it decides whether Mr. Paustian should be excluded from presenting testimony. Hartford may move to exclude Mr. Paustian's

ORDER — 1

testimony through a motion in limine, and then, if successful, may renew its motion for judgment as a matter of law to the extent it is applicable to Plaintiff's claims for damages against Hartford.

Because this motion is not ripe for consideration, it is DENIED WITHOUT PREJUDICE to Hartford renewing these issues at a later time.

Dated: August 15th, 2008.

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER — 2