UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AECON BUILDINGS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZURICH NORTH AMERICA, et al.,<br><br>　　　　　　Defendants. | Case No. C07-832MJP<br><br>ORDER GRANTING MOTION FOR CLARIFICATION BUT DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendant Zurich's motion to clarify and for reconsideration regarding the Court's August 15, 2008 Order granting Aecon's motion for sanctions against Zurich. (Dkt. No. 213.) Zurich requests that the Court clarify its order to provide that Zurich need only provide its bills for in camera review or, alternatively, provide them to Aecon in redacted form. Zurich also requests that the Court reconsider its ruling that Zurich violated the "spirit" of the discovery rules. Having considered the motion, the Court GRANTS the request for clarification but DENIES the request for reconsideration.

First, the Court ordered Zurich to produce all bills covering Soha & Lang's work on this case from September 4, 2007 through May 23, 2008. Those invoices shall be filed on the Court's electronic filing system, but may be filed in redacted form. Zurich need only produce the amount billed, who billed that amount, the dates of the work, and a certification of the bills.

Second, reconsideration is not warranted. In this district, motions for reconsideration are disfavored. The Court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence. Local Civil Rule 7(h). Zurich presents

ORDER — 1

the Court with declarations indicating that neither litigation counsel nor Zurich itself knew that Ms. Thatcher had adjusted Aecon's claim or created potentially discoverable materials before her deposition. (See Dkt. No. 226, Sparling Decl.; Dkt. No. 227, Gallanis Decl.) The Court will not reconsider its ruling now based on these materials which could have been brought to the Court's attention earlier.

The clerk is directed to send copies of this order to all counsel of record.

Dated: August 28th, 2008.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER — 2